UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 DEC 15 PM 2: 32

SIGN _____
by DEPUTY CLERK

| | |
|---|---|
| **SHANNON DALE CASSELS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 03 - 0709 - D - M2** |
| **RICHARD STALDER, SECRETARY OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.** | **JUDGE JAMES J. BRADY** |

## JUDGMENT

For written reasons assigned,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment granting declaratory and injunctive relief be entered in favor of the plaintiff, SHANNON DALE CASSELS, and against the defendants, RICHARD STALDER AND BURL CAIN.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

1. Disciplinary Rule 30K is unconstitutionally vague and overbroad on its face and as applied since the rule infringes upon an individual's right to (a) freedom of speech, (b) petition for redress of grievances, and (c) access to the courts, which is secured by the First Amendment to the United States Constitution, as extended to the States by the Fourteenth Amendment;

2. Defendants Cain and Stalder shall expunge any records of any

-1-

violation or alleged violation by Shannon Cassels of Disciplinary Rule 30k in the possession of Richard Stalder as Secretary of the Louisiana Department of Public Safety and Corrections, Burl Cain as Warden of the Louisiana State Penitentiary at Angola, the Louisiana Department of Public Safety and Corrections, and the Louisiana State Penitentiary at Angola;

3. Richard Stalder as Secretary of the Louisiana Department of Public Safety and Corrections, and any employee of, agent for, and anyone acting in concert with the Louisiana Department of Public Safety and Corrections, shall not impose any punishment arising out of Shannon Cassels' alleged violation of Disciplinary Rule 30k;

4. Defendants Cain and Stalder shall reinstate to Shannon Cassels all of the lost privileges and benefits that were removed solely due to his conviction of violating Disciplinary Rule 30k;

5. Richard Stalder in his capacity as Secretary of the Louisiana Department of Public Safety and Corrections and any employee of, agent for, and anyone acting in concert with the Louisiana Department of Public Safety and Corrections, shall not implement in any way Disciplinary Rule 30k;

6. Burl Cain in his capacity as Warden of the Louisiana State Penitentiary at Angola and any employee of, agent for, and anyone acting in

concert with the Louisiana Department of Public Safety and Corrections, shall not enforce in any way Disciplinary Rule 30k; and

7. Richard Stalder in his capacity as Secretary of the Louisiana Department of Public Safety and Corrections, Burl Cain in his capacity as Warden of the Louisiana State Penitentiary at Angola, and any employee of, agent for, and anyone acting in concert with the Louisiana Department of Public Safety and Corrections, shall not prevent or hinder Shannon Cassels from, or retaliate against him for, exercising his constitutional rights as upheld by this Court pursuant to Disciplinary Rule 30k.

Baton Rouge, Louisiana, December 15TH, 2004.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA